THIELBAR REALTIES, INC., Respondent, v. NETHER-
LANDS INSURANCE CO., Appellant.

(No. 6,883.)

(Submitted January 14, 1932. Decided March 3, 1932.)

[9 Pac. (2d) 474.]

(For syllabus, see *Thielbar Realties, Inc.,* v. *National Union
Fire Insurance Co.,* ante, p. 525.)

*Messrs. Freeman, Thelen & Freeman,* for Appellant.

*Messrs. Speer & Hoffman,* for Respondent.

MR. JUSTICE MATTHEWS delivered the opinion of the
court.

The Netherlands Insurance Company, a corporation, has
appealed from a judgment in favor of the Thielbar Realties,
Inc., in an action to reform and enforce a policy of fire in-
surance.

The facts are similar to, and the questions presented iden-
tical with, those appearing in *Thielbar Realties, Inc.,* v. *Na-
tional Union Fire Ins. Co.,* ante, p. 525, 9 Pac. (2d) 469, this
day decided, and on the authority of that decision the judg-
ment must be affirmed.

Judgment affirmed.

MR. CHIEF JUSTICE CALLAWAY and ASSOCIATE JUSTICES
GALEN, FORD and ANGSTMAN concur.

Rehearing denied April 6, 1932.